# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BENJAMÍN GONZÁLEZ MERCEDES <br><br> Plaintiff <br><br> v. <br><br> MIGUEL A. PEREIRA CASTILLO, et als <br><br> Defendants | CIVIL NO.: 11-01454 (CCC) |

## MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS

TO THE HONORABLE COURT:

NOW COMES Plaintiff Benjamín González Mercedes, through undersigned attorneys, and respectfully States and Prays:

1. On October 13, 2011 codefendants María E. Meléndez Rivera, Edwin Zayas Figueroa, Gloria E. Ortiz and Karla De Jesús Fuentes, filed " Motion To Dismiss Pursuant To Fed. R. Civ. P. 12 (b) (6)".

2. In order to properly respond to the arguments raised in the aforementioned dispositive motion, Plaintiff request extension of time to do so.

IN VIEW OF THE ABOVE, Plaintiff moves this Honorable Court to grant extension, until November 23, 2011 to respond to the codefendants motion to dismiss.

Respectfully submitted in San Juan, Puerto Rico this 27th day of October 2011.

s/Federico Lora López, Esq.     s/José Juan Nazario de la Rosa, Esq.

1

USDC-PR 201202
P.O. Box 194266
San Juan, PR 00919-4266

Tel. (787) 758-4995
Fax (787) 751-1578
E-mail: rosslora@prtc.net

USDC-PR214401
Edificio Alma Mater
867 Calle Domingo Cabrera
Santa Rita, SJ, PR 00925-2412
Tel. (787) 758-0315
Fax (787) 758-0315
E-mail:nazysant@caribe.net